**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JOHN EDWARD DUNKLEY,

  Plaintiffs,

                                        CASE NO.: 0:25-cv-60525-DMM

v.

EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC, and DIGITAL
FEDERAL CREDIT UNION,

  Defendants.

_____/

**<ins>NOTICE OF SETTLEMENT AS TO DEFENDANT,</ins>**
**<ins>EQUIFAX INFORMATION SERVICES LLC</ins>**

COMES NOW Plaintiff, JOHN EDWARD DUNKLEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 8th day of April, 2025.

                                                **/s/Octavio Gomez**
                                                Octavio "Tav" Gomez
                                                Florida Bar #:0338620
                                                Georgia Bar #: 617963
                                                Pennsylvania #: 325066 The
                                                Consumer Lawyers PLLC
                                                501 E. Kennedy Blvd., Ste 610
                                                Tampa, FL 33602
                                                Cell: (813)299-8537
                                                Facsimile: (844)951-3933
                                                Tav@theconsumerlawyers.com
                                                *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing document was filed on this 8th day of April, 2025

via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

<u>**/s/Octavio Gomez**</u>
Octavio "Tav" Gomez
Florida Bar #:0338620
The Consumer Lawyers PLLC
*Attorney for Plaintiff*