**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JOHN EDWARD DUNKLEY,

  Plaintiff,

                                                CASE NO.: 0:25-cv-60525-DMM

v.

EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC, and DIGITAL
FEDERAL CREDIT UNION,

  Defendants.

_____/

### JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, DIGITAL FEDERAL CREDIT UNION

COMES NOW Plaintiff, JOHN EDWARD DUNKLEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, DIGITAL FEDERAL CREDIT UNION, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 28th day of May, 2025.

1

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Gillian D. Williston**
Gillian D. Williston
Florida Bar No. 14270
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: gillian.williston@troutman.com
Secondary Email:
fslecfintake@troutman.com
*Attorney for Defendant Digital Federal Credit Union*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of May, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*

2