**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JOHN EDWARD DUNKLEY,

  Plaintiff,

CASE NO.: 0:25-cv-60525-DMM

v.

EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC, and DIGITAL
FEDERAL CREDIT UNION,

  Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**TRANS UNION LLC**

COMES NOW Plaintiff, JOHN EDWARD DUNKLEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 11th day of June, 2025.

1

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Charlotte Long**
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
***Counsel for Defendant Trans Union, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 11th day of June, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*